# Court of Appeals
# of the State of Georgia

ATLANTA, __February 09, 2024__

*The Court of Appeals hereby passes the following order:*

**A24A0458. CALE RAGLAND v. THE STATE.**

In February 2007, Cale Ragland entered into a negotiated guilty plea to aggravated child molestation. In March 2023, Ragland filed an extraordinary motion to withdraw his guilty plea. On July 6, 2023, the trial court entered an order dismissing Ragland's motion to withdraw his guilty plea. Ragland filed a notice of appeal seeking to appeal that dismissal order on October 6, 2023. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of an appealable order or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Because Ragland filed his notice of appeal 92 days after entry of the trial court's order, this appeal is untimely. Consequently, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__02/09/2024__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.